EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Beatriz Negrón Ramos | 2021 TSPR 69  207 DPR _____ |
|---|---|

Número del Caso:  TS-15,374

Fecha:  19 de mayo de 2021

Abogada de la parte peticionaria:

Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Beatriz Negrón Ramos                    TS-15,374

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de mayo de 2021.

Examinada la *Moción sometiendo certificación del PEJC y reiterando solicitud de reinstalación al ejercicio de la abogacía*, presentada por la Sra. Beatriz Negrón Ramos, se declara con lugar y se ordena la reinstalación de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo